UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CRIMINAL NO. CR-10-018 |
| : | |
| SILVIO MONTANO VERGARA : | |
|     a/k/a "Antonio," : | |
|     a/k/a "Don Rafa," : | |
|     a/k/a "Rafael," : | FILED UNDER SEAL |
|     a/k/a "Padrino," : | |
| : | |
| Et al : | |
| : | |
| Defendants. : | |

**FILED**
JAN 2 6 2010
Clerk, U.S. District and
Bankruptcy Courts

<u>ORDER</u>

Upon consideration of the Government's Motion to Seal the Superseding Indictment, it is hereby

ORDERED, this 26th day of January, 2010 that the Motion to Seal, the Superseding Indictment, the Arrest Warrants, and this Court's ORDER be sealed until further Order of this Court. It is further

ORDERED, that the Government may disclose the Superseding Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Stephen Sola, Trial Attorney
      U.S. Department of Justice
      Narcotic & Dangerous Drug Section
      1400 New York Avenue, NW
      Washington, D.C. 20530
      (202) 514-8020